MAXWELL *v.* MAXWELL
[No. 18,812.   Filed March 13, 1957.*]

*Vernon E. St. John* and *Robert E. Peters*, both of Lafayette, for appellant.

*Charles H. Robertson, Robertson & Moore*, of Lafayette, *Joseph G. Wood*, and *Schortemeier, Eby & Wood*, of Indianapolis, for appellees.

PER CURIAM.—We believe the Appellate Court has reached the correct result in this case. However, by our denial of transfer we do not approve all the language in the opinion.

Transfer denied.

NOTE.—Reported in 140 N. E. 2d 878.

For Appellate Court opinion see 127 Ind. App. 266, 138 N. E. 2d 921.